# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 11, 2007

132574-75

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

JONATHAN BROWN, a Minor, by his Next
Friend, JACQUELINE ALLEN,
        Plaintiff-Appellee,

v

AMERITECH CORPORATION, INC., d/b/a
SBC AMERITECH,
        Defendant-Appellant.

SC: 132574-75
COA: 262420, 263469
Wayne CC: 03-326653-NF

_____/

On order of the Court, the application for leave to appeal the October 17, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

CORRIGAN, J., would reverse the judgment of the Court of Appeals for the reasons stated in the Court of Appeals dissent.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 11, 2007

t0404

_____
Clerk